UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21566-CIV-GOLD/MCALILEY

DAVON L. OUTTEN,

    Plaintiff,

v.

AMERICAN CORADIUS INTERNATIONAL, LLC,

    Defendant.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice [DE 8].  The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED

1. The Stipulation [DE 8] is APPROVED.

2. The above-captioned case is DISMISSED WITH PREJUDICE.

3. Each party to bear its own costs and fees except as otherwise agreed by the parties.

4. All pending motions are DENIED AS MOOT.

5. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in Chambers, Miami, Florida on this 17th day of September, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATED DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All Counsel of Record